IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

JUL 21 2000

Phil Lombardi, Clerk
U.S. DISTRICT COURT

United States of America, )
)
    Plaintiff, )
)
v. ) Case Nos. 99-CR-167-(M)
)
DAVID WAYNE STARKEY, )
)
    Defendant )

## SENTENCING MEMORANDUM OF DAVID STARKEY

While the Revised Presentence Investigation Report is thorough, accurate and fair, Mr. Starkey desires to call to the attention of the Court three matters that he considers to be of significant importance and which he hopes the court will take into account in the determination of his sentence.

First, Mr. Starkey no longer works for an entity that is run by the two individuals named in paragraph 53 of the Revised Presentence Investigation Report. Mr. Starkey did not know these two individuals were under investigation and Mr. Starkey did not know about the injunctions of the State attorneys general referred to in the Report. Mr. Starkey thanks the Probation Office for alerting him to the questionable nature of his former employers such that he could terminate association with them. (See his attached resignation letter.)

Second, Mr. Starkey wants the Court to know that he mailed a 1040 Form to the IRS for the year in question, and asked the IRS to calculate his tax liability for him. A copy of that 1040 Form and an accompanying letter invoking 26 U.S.C. § 6020 is attached for the Court's review. Such a 1040 Form fails to qualify as a "return" under 26 U.S.C. § 7203 in this Circuit. (See <u>U.S. v. Rickman</u>, 638 F.2d 182 (10th Cir. 1980). Mr. Starkey hoped in vain that mailing such a form and letter requesting IRS's assistance satisfied his obligations.

He knows better, and accepts full responsibility for his actions.

Third, Mr. Starkey wishes to make crystal-clear that he is not the founder or beneficiary of any trust and that he has never stated otherwise. He has made no attempt to mislead the Court or Probation regarding the state of his finances.

Respectfully submitted,

*F. Randolph Lynn*

R. Thomas Seymour, OBA #8099
F. Randolph Lynn, OBA #15296
R. THOMAS SEYMOUR, ATTORNEYS
100 West 5th Street, Suite 550
Tulsa, Oklahoma 74103
(918) 583-5791; (918) 583-9251 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2000, a true and correct copy of the foregoing was mailed with first class postage prepaid to:

Susan Morgan, Esq.
Assistant U.S. Attorney
333 West 4th Street
Tulsa, Oklahoma 74103

F. Randolph Lynn

Starkey.

| Form **1040** | Department of the Treasury—Internal Revenue Service **1994** U.S. Individual Income Tax Return | | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|
| | For the year Jan. 1–Dec. 31, 1994, or other tax year beginning , 1994, ending , 19 | | OMB No. 1545-0074 |

| Label (See instructions on page 12.) Use the IRS label. Otherwise, please print or type. | L A B E L H E R E | Your first name and initial **DAVID W.** | Last name **STARKEY** | Your social security number **440 : 70 : 0046** |
|---|---|---|---|---|
| | | If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | Home address (number and street). If you have a P.O. box, see page 12. **331 N. DAVIS (mailing address)** | Apt. no. | For Privacy Act and Paperwork Reduction Act Notice, see page 4. |
| | | City, town or post office, state, and ZIP code. If you have a foreign address, see page 12. **Claremore OK 74017** | | |

| Presidential Election Campaign (See page 12.) | | | Yes | No | Note: Checking "Yes" will not change your tax or reduce your refund. |
|---|---|---|---|---|---|
| | Do you want $3 to go to this fund? | | | | |
| | If a joint return, does your spouse want $3 to go to this fund? | | | | |

**Filing Status**
(See page 12.)
Check only one box.

1. ☐ Single
2. ☐ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19    ). (See page 13.)

**Exemptions**
(See page 13.)

6a ☐ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a. But be sure to check the box on line 33b on page 2.
b ☐ **Spouse**
c **Dependents:**

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1994 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than six dependents, see page 14.

No. of boxes checked on 6a and 6b ____
No. of your children on 6c who:
• lived with you ____
• didn't live with you due to divorce or separation (see page 14) ____
Dependents on 6c not entered above ____
Add numbers entered on lines above ▶ ____

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 15.

Enclose, but do not attach, any payment with your return.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 0 |
|---|---|---|---|
| 8a | Taxable interest income (see page 15). Attach Schedule B if over $400 | 8a | 0 |
| b | Tax-exempt interest (see page 16). DON'T include on line 8a  8b | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | 0 |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 16) | 10 | 0 |
| 11 | Alimony received | 11 | 0 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 0 |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | 13 | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | 0 |
| 15a | Total IRA distributions  15a          b Taxable amount (see page 17) | 15b | 0 |
| 16a | Total pensions and annuities  16a          b Taxable amount (see page 17) | 16b | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 0 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | 0 |
| 19 | Unemployment compensation (see page 18) | 19 | 0 |
| 20a | Social security benefits  20a          b Taxable amount (see page 18) | 20b | 0 |
| 21 | Other income. List type and amount—see page 18 | 21 | 0 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 0 |

**Adjustments to Income**

Caution: See instructions . . ▶

| 23a | Your IRA deduction (see page 19) | 23a | |
|---|---|---|---|
| b | Spouse's IRA deduction (see page 19) | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax | 25 | |
| 26 | Self-employed health insurance deduction (see page 21) | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 23a through 29. These are your **total adjustments** ▶ | 30 | 0 |

**Adjusted Gross Income**

31 Subtract line 30 from line 22. This is your adjusted gross income. If less than $25,296 and a child lived with you (less than $9,000 if a child didn't live with you), see "Earned Income Credit" on page 27 ▶ | 31 | 0

Form **1040** (1994)

Page 2

Form 1040 (1994)

### Tax Computation
(See page 23.)

| | | |
|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 0 |
| 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a ☐ | | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | | |
| 34 | Enter the larger of your: **Itemized deductions** from Schedule A, line 29, OR **Standard deduction** shown below for your filing status. But if you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero. <br>• Single—$3,800  • Head of household—$5,600 <br>• Married filing jointly or Qualifying widow(er)—$6,350 <br>• Married filing separately—$3,175 | 34 | 0 |
| 35 | Subtract line 34 from line 32 | 35 | 0 |
| 36 | If line 32 is $83,850 or less, multiply $2,450 by the total number of exemptions claimed on line 6e. If line 32 is over $83,850, see the worksheet on page 24 for the amount to enter. | 36 | 0 |
| 37 | **Taxable income.** Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 0 |
| 38 | Tax. Check if from a ☐ Tax Table, b ☐ Tax Rate Schedules, c ☐ Capital Gain Tax Worksheet, or d ☐ Form 8615 (see page 24). Amount from Form(s) 8814 ▶ e ____ | 38 | 0 |
| 39 | Additional taxes. Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | 0 |
| 40 | Add lines 38 and 39 | 40 | 0 |

If you want the IRS to figure your tax, see page 24.

### Credits
(See page 24.)

| | | |
|---|---|---|
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| 43 | Foreign tax credit. Attach Form 1116 | 43 | |
| 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ____ | 44 | |
| 45 | Add lines 41 through 44 | 45 | 0 |
| 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- | 46 | 0 |

### Other Taxes
(See page 25.)

| | | |
|---|---|---|
| 47 | Self-employment tax. Attach Schedule SE | 47 | 0 |
| 48 | Alternative minimum tax. Attach Form 6251 | 48 | 0 |
| 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | 0 |
| 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | 0 |
| 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 51 | 0 |
| 52 | Advance earned income credit payments from Form W-2 | 52 | 0 |
| 53 | Add lines 46 through 52. This is your **total tax** | 53 | 0 |

### Payments
Attach Forms W-2, W-2G, and 1099-R on the front.

| | | |
|---|---|---|
| 54 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 54 | |
| 55 | 1994 estimated tax payments and amount applied from 1993 return | 55 | |
| 56 | **Earned income credit.** If required, attach Schedule EIC (see page 27). Nontaxable earned income: amount ▶ ____ and type ▶ ____ | 56 | |
| 57 | Amount paid with Form 4868 (extension request) | 57 | |
| 58 | Excess social security and RRTA tax withheld (see page 32) | 58 | |
| 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | |
| 60 | Add lines 54 through 59. These are your **total payments** | 60 | 0 |

### Refund or Amount You Owe

| | | |
|---|---|---|
| 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** | 61 | 0 |
| 62 | Amount of line 61 you want **REFUNDED TO YOU** | 62 | 0 |
| 63 | Amount of line 61 you want APPLIED TO YOUR 1995 ESTIMATED TAX ▶ | 63 | |
| 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE**. For details on how to pay, including what to write on your payment, see page 32 | 64 | 0 |
| 65 | Estimated tax penalty (see page 33). Also include on line 64 | 65 | |

### Sign Here
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signed]  Date: April-10-95  Your occupation: ____

Spouse's signature. If a joint return, BOTH must sign.  Date: ____  Spouse's occupation: ____

### Paid Preparer's Use Only

Preparer's signature ▶ ____  Date ____  Check if self-employed ☐  Preparer's social security no. ____

Firm's name (or yours if self-employed) and address ▶ ____  E.I. No. ____  ZIP code ____

*I AM Asking the IRS to help me fill out this Return. SEE MY*

David Starkey
331 W. Da__
Claremore, Ok. 74017
918-341-8105

April-10-1995

Dear IRS, I am writing to ask you again to prepare my return for me. This year the IRS and FBI seized my records so you have them in your control to make the return. I consint to disclose all information necessary to prepare this but really you have about everything. I will be happy to come in and try and sort through all the records where this return can be properly filed. I am putting -0- on my 1040 and let you know that I have tax due and owing but I will ask you to change this after you go through all my records. I am doing this because your office has told me before they dont take blank returns or somthing like that but I dont know what to put because I have no cloe because you have my records. It says in your Code book under 6020 sec. that you do this but it doesnt explain how so here you go. Please write to the address above and let me know what to do.

Thanks
David Starkey
[signature]



# DAVID STARKEY

♦

1303 B. North Willow Drive
Claremore, OK 74017
(918) 342-3336
Fax 801-730-8873
Email: dstarkey38@aol.com

To: I.G.P.            (Dan Anderson & David Struckman)

Dear I.G.P.,

It has come to my attention that there are 7 (seven) states that have cease and desist orders issued to you by their States' Attorney Generals. This information came to me about two weeks ago from an official government agency. I also have personally checked this information, and have found it to be accurate. I feel betrayed, that such information has been withheld from myself and 60,000 other members which believed in the integrity of you and this association. As I cannot go into specifics, your actions with these matters have put me at grave personal risk, of which I may pay a high price for something I knew nothing about. Because of this, I am officially and completely terminating all relationships with this organization, effective immediately. I will be informing my team, and all other associates involved with I.G.P., about the above matter. I will also suggest to them that they do the same.

Sincerely,

David Starkey